Susan D. Silveira SBN # 169630
Silveira Law Offices
2037 W. Bullard Avenue #311(mail only)
Fresno, CA 93711-1200
Phone (408) 265-3482
Fax (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtors
Sandra M. Garzon
Edgar Garcia

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| SANDRA M. GARZON ) | CASE NO.: 14-52738 MEH |
| ) | |
| EDGAR GARCIA ) | Date: June 14, 2018 |
| ) | Time: 9:30 am |
| Debtors. ) | Place: Ctrm 3020 |
| ) | |

**APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTORS**

This application is submitted pursuant to the <u>Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees</u> adopted by the United States Bankruptcy Court for the Northern District of California. Applicant is Susan D. Silveira of Silveira Law Offices is attorney of record for the above-named debtors.

1. Date Petition Filed: June 25, 2014

2. Date of Plan Confirmation: September 19, 2014

3. Amount of Fees Previously Approved for Applicant: $5,350.00

4. Amount Received by Applicant: $5,350.00

1

5.   Time Period for This Application:   March 14, 2014 through May 24, 2018

6.   Hourly Rate of Professional:   $300 per hour

7.   Total Hours in This Application:   34.3

8.   Total Fees Requested for Approval:   $4,670.00

9.   Amount Included for Appearance at Hearing on Fee Application:   $0

10.  Total Costs Requested in this Application:   $10.17

11.  Total Fees and Costs Requested:   $4,680.17

12.  <u>Brief Description of Services</u>:  This case involves debtors who ran into trouble with maintaining their property tax payments and mortgage payments due in large part to the debtor husband losing his job.  They also fell behind in the payment of income taxes.  The debtors filed this case for financial reorganization under Chapter 13 of the Bankruptcy Code primarily to keep their home and address their income tax debt.

Once the case was filed there was an objection to confirmation filed by the Chapter 13 Trustee which was addressed by providing the requested documents.  Debtors were unable to attend their first meeting of creditors which was re-scheduled.  They attended the re-scheduled 341 meeting of creditors to satisfy the remaining trustee objection.

Applicant assisted debtors in extensive communication with the Santa Clara County Tax Collector's Office to address the property tax payment issues.  Debtors had paid some amounts but were still delinquent in some pre-petition and post-petition amounts and applicant assisted in reviewing the accounting information and facilitating a corrected accounting.

At some point, the mortgage lender for the debtors advanced some sums for property taxes and the County Tax Collector withdrew their proof of claim.  Applicant assisted with

communications with the lender's counsel to attempt to clarify the accounting for these advances.

Debtors filed their case with the intention of selling or refinancing their home. They eventually learned they were not good candidates for a refinance and preferred to keep their home. Since the County tax claim was withdrawn, they technically did not need as much money to pay off their case. However, their mortgage payments were increasing due to the terms of their loan and due to the property tax advances. They decided to pursue a loan modification and applicant assisted in this process. The debtors did accept a trial period plan offer from Nationstar, squeaking in under the deadline for the HAMP program. Applicant assisted in providing the written acceptance of this offer and debtors made all payments required. However, the debtors have yet to receive their permanent loan modification paperwork, despite requests for it. Applicant has been in communication with counsel for Mr. Cooper (formerly Nationstar) in an attempt to get the permanent loan modification paperwork and to apply the debtors' payments properly. To make matters worse, it appears that a representative from Nationstar told the debtors to skip a couple of payments based on a misapplication of their Trial Period Plan payments. This is an unresolved issue and will require further work by Applicant.

Applicant also provided assistance in assisting the debtors with the purchase of a replacement vehicle. Applicant provided further assistance to the debtors with all questions and concerns expressed throughout the case.

All legal services provided were reasonable and necessary. It should be noted that this fee application includes a voluntary reduction of 3.2 hours and an additional fee reduction of $300.00 for a total reduction of $1,260.00. All additional services were explained to the debtors and authorized by the debtors with the understanding they would pay for these additional fees in

their case. A detailed billing statement is attached to the declaration submitted by the applicant and filed concurrently herein.

   WHEREFORE, Applicant requests approval of $4,670.00 in fees and $10.17 in costs, for a total of $4,680.17 for payment as a Chapter 13 administrative expense. The debtors will be able to pay these fees under the current terms of their plan.

Dated: May 24, 2018                                  SILVEIRA LAW OFFICES


                                                     /s/ Susan D. Silveira
                                                     Susan D. Silveira
                                                     Attorney for Debtors